IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:                                                              Case No.:17-03474-MCF

WM HEALTHY LIFESTYLE CORP                     Chapter 7

    Debtor.
_____/

**NOTICE OF INTENT TO SELL PROPERTY**
**AT PUBLIC SALE**

NOREEN WISCOVITCH RENTAS, CHAPTER 7 TRUSTEE, represents that she will sell at public sale property of debtor's estate as described below:

    Lot 1: Inventory of Yogen Fruz store. A list provided by Debtor is attached as **Exhibit "A"**.
    Lot 2: Office Furniture: a list provided by Debtor is attached as **Exhibit "B".**
    Lot 3: Machinery. A list provided by Debtor is attached as **Exhibit "C".**

    A Picture taken by the Trustee is attached as **Exhibit "D".**

The value of the inventory per Debtor is $1,397.75, the value of the office equipment is $10,436.00, and the value of machinery is $106,793.80.

The minimum bid accepted by the Trustee for the inventory will be $500.00; for the office equipment will be $1,000.00; and for the machinery will be $5,000.00.

**A public auction date has been scheduled for Thursday, July 6, 2017, at 12:00 Noon, at Lobby UST Meeting Room, First Floor, 500 Tanca Street, Old San Juan, Puerto Rico.**

**Inspection of property will be at a time and date to be determined by the Trustee. Interested parties must contact the Trustee for inspection date and time.**

**TERMS AND CONDITIONS:**

1. A public auction is to be conducted for the sale of these assets on the time and date detailed herein. Full payment of the sale price shall be required from the bidder to whom the sale is adjudicated payable in money order or certified check, on adjudication at the auction.

2. The minimum amount to be considered as a bonafide offer for the inventory comprised in this sale for will be $500.00; for the office equipment will be $1,000.00; and for the machinery will be $5,000.00. Increments will be in the 100.00.

3. Unless a party in interest files a written objection, with a copy thereof served to the trustee within **TWENTY-ONE (21) DAYS** from the date of this Notice, the trustee will complete the sale contemplated herein and adjudicate the sale to the best offer or upon the terms herein set forth.

4. At the public auction, the sale will be adjudicated to the highest bidder, except when the trustee, at her sole discretion, reject any bids that does not comply with this notice or does not represent a fair price for the property to be sold.

5. All sales are made "as is" and "where is" without warranty of any kind. All risk of loss shall pass to the buyer upon adjudication of the sale by the trustee. The inventory shall be transferred on an **"AS IS" "WHERE IS"** and **"WITH ALL FAULTS"** basis. **THE TRUSTEE EXPRESSLY DISCLAIMS ALL EXPRESS AND IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE.**

6. Sales adjudicated at the auction are final and shall constitute an enforceable contract between the trustee and the buyer(s).

7. The property subject of this sale may be inspected by potential buyers and other parties in interest upon appointment with the undersigned Trustee.

8. The Trustee reserves the right to increase the minimum bid, change the terms of the sale, remove add items to the sale; cancel the sale at her discretion. The Trustee may sell the property individually or in lots as described in the notice.

9. The buyer in the sale will have 5 days to remove the inventory, office equipment and machinery from Debtors premises and will return the same in clean condition. Any damage to the premises will have to be repaired by the buyer prior to leaving the premises.

NOTICE IS HEREBY GIVEN that any purported creditor with a valid and enforceable lien over the assets of this estate detailed herein shall inform the trustee or object to this sale within the next **TWENTY-ONE (21) DAYS** from the Date of this Notice, in order have its claim considered within the sale of these assets.

NOTICE IS HEREBY GIVEN unless a party in interest files a written objection, with a copy thereof served to the trustee, within **TWENTY-ONE (21) DAYS** from the Date of this Notice, the trustee will conduct the sale contemplated herein and will adjudicate the sale(s) upon the terms herein set forth. Should a timely objection be filed, a hearing on such objection will be scheduled by the Court.

**I HEREBY CERTIFY THAT** copy of this notice has been served by Electronic Mail to Debtor's Counsel and the United States Trustee's Office, Ochoa Building, 500 Tanca Street, Suite 301, Old San Juan, Puerto Rico.

**I further certify that:** Copy of this notice has been served by First Class Mail to all creditors and other parties in interest, as detailed in the enclosed Master Address List.

**I further certify that** copy of this Notice will be posted on the bulletin board at the Bankruptcy Court after it is filed with the Clerk's Office.

In San Juan, Puerto Rico, this 15th day of June, 2017

/s/ Noreen Wiscovitch Rentas
**NOREEN WISCOVITCH RENTAS**
CHAPTER 7 TRUSTEE
PMB 136
400 Kalaf Street
San Juan, Puerto Rico 00918
Tel. (787) 946-0132
noreen@nwr-law.com



Inventario 15/mayo/2017

Vasos yogurt

Small 1,359 $87.49
Med 376 vasos. $ 87.49
Large 832 vasos $105.49
Xl 2,351 vasos . $400

Tapas
Small med 12 mangas $65
Large 7 mangas $30
Xl 3 mangas $10

Vasos smoothies

Small 13 mangas $40
Med 20 mangas $40
Large 5 mangas $15

Tapas vasos smoothies
Small -Large 1 caja $60
Med 1 caja $50

Vasos to go 43 unidades. $15

Servilletas 8 paquetes $30
Cucharas Yogen 1 caja $48
Cucharas blancas 1 caja $3
Bolsas To go $ 58.28
Bolsas blancas to go $10
Vasos de muestras $10
Sorbetos 1 1/2 caja $35

Productos de Limpieza

Guantes 1 caja $7
Papel secante de manos 6 rollos $40
Mistolin 1/2 galón $1
Sanitizer de manos $15
Sanitizer fregadero 3 galones $100
Jabón de Manos 1 galón $10
Líquido de fregar 1 galón $25



Equipo

Counters $8,000
12 Mesas $1,200
36 sillas $360
2 televisores 50" $200
1 monitor 13" $75
Caja de Seguridad $50
Sistema de circuito cerrado $400
2 archivos $50
3 estantes de almacenar $50
1 escritorio $50
Escoba $1
Malo



Inventario equipo

15 containers Peq con taps $15
12 cucharas para frutas congeladas (metal) $10
27 cucharas clear para toppings $30
5 envases de 6qts $15
4 envases de 4qts $10
2 Zafacones $5
20 Topping display de acrílico $140
2 fregaderos $50
Rótulos Yogen Fruz $4000
2 soft serve $29,263.80
2 mix it $8000
1 Nevera comercial $2,105
2 congeladores comercial $5,510
1 Sandwich unit $2,200
2 mesas Stainless steel $200
1 freezer undercounter $1,800
1 cooler undercounter $1,500
1 ice cream dipping cabinet $1,800
1 Fregadero Comercial $100
5 Menu boards $40



```
Label Matrix for local noticing        WM HEALTHY LIFESTYLE CORP              US Bankruptcy Court District of P.R.
0104-3                                 PLAZA CENTRO MALL II                   Jose V Toledo Fed Bldg & US Courthouse
Case 17-03474-MCF7                     200 RAFAEL CORDERO AVE                 300 Recinto Sur Street, Room 109
District of Puerto Rico                LOCAL 231  BO. BAIROA                  San Juan, PR 00901-1964
Old San Juan                           CAGUAS, PR 00725-3740
Thu Jun 15 09:48:52 AST 2017

CLARO                                  CORP. SERVICES CONSULT., LLC           CRIM
PO BOX 70366                           1015 N GAY ST.                         PO BOX 195387
SAN JUAN, PR 00936-8366                PO BOX 1048                            SAN JUAN, PR 00919-5387
                                       DANDRIDGE, TN 37725-1048


DEPARTAMENTO DE HACIENDA               DEPARTAMENTO DE JUSTICIA DE PR         DEPT. DEL TRABAJO Y REC. HUM.
PO BOX 9024140                         FEDERAL LITIGATION DIVISION            PO BOX 191020
SAN JUAN, PR 00902-4140                PO BOX 9020192                         SAN JUAN, PR 00919-1020
                                       SAN JUAN, PR 00902-0192


EDWIN JUSTINIANO                       F.D.S.E.                               FW CAGUAS RETAIL JOINT VENT.
URB, LAS VEREDAS                       PO BOX 42006                           3333 NEW HYDE PARK RD
VEREDA REAL A-17                       SAN JUAN, PR 00940-2206                SUITE 100  PO BOX 5020
Bayamon, PR 00961-7505                                                        NEW HYDE PARK, NY 11042-1204


IRS                                    IRS                                    KIM SAM PR RETAIL, LLC
CITIVIEW PLAZA NO II                   PO BOX 7346                            PO BOX 5020
48 CARR 165 SUITE 2000                 PHILADELPHIA, PA 19101-7346            NEW HYDE PARK, NY 11042-0020
GUAYNABO, PR 00968-8000


PRASA                                  PREPA                                  US DEPARTMENT OF JUSTICE
PO BOX 70101                           PO BOX 363508                          950 PENNSYLVANIA AVE., NW
SAN JUAN, PR 00936-8101                SAN JUAN, PR 00936-3508                WASHINGTON, DC 20530-0001


WILMARIE MARTINEZ NAZARIO              YF PUERTO RICO, INC.                   YFPR DEL CARIBE, INC.
URB. LAS VEREDAS                       PO BOX 367922                          CARR 175  KM 0.6
VEREDA REAL A-17                       SAN JUAN, PR 00936-7922                BO. SAN ANTONIO
BAYAMON, PR 00961-7505                                                        CAGUAS, PR 00725


CARMEN D CONDE TORRES                  MONSITA LECAROZ ARRIBAS                NOREEN WISCOVITCH RENTAS
254 SAN JOSE STREET                    OFFICE OF THE US TRUSTEE (UST)         PMB 136
5TH FLOOR                              OCHOA BUILDING                         400 CALAF STREET
SAN JUAN, PR 00901-1523                500 TANCA STREET  SUITE 301            SAN JUAN, PR 00918-1314
                                       SAN JUAN, PR 00901


End of Label Matrix
Mailable recipients    23
Bypassed recipients     0
Total                  23
```